**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA (ATLANTA)**

| | |
|---|---|
| SHANTE WATSON<br><br>Plaintiff,<br><br>v.<br><br>FEDCHEX RECOVERY, LLC<br><br>Defendant. | CASE NO.: 1:25-cv-01194-SCJ |

**NOTICE OF WITHDRAWAL**

COME NOW, John H. Bedard, Jr., Jonathan K. Aust, and Bedard Law Group, P.C. and file this Notice of Withdrawal pursuant to Local Rule 83.1(E)(4), showing this Court as follows:

1. John H. Bedard, Jr., Esq., Jonathan K. Aust, Esq., and Bedard Law Group, P.C. are currently counsel of record for Defendant FedChex Recovery, Inc.

2. Withdrawal of counsel will not leave Defendant FedChex Recovery, Inc. unrepresented.

3. Contemporaneously with the filing of this Notice of Withdrawal, Kirsten H. Smith, Esq. and Sessions, Israel & Shartle, LLC, located at 3838 N. Causeway Blvd., Suite 2800, Metairie, LA 70002, ksmith@sessions.legal, 504-846-7943, will be making an appearance as counsel of record to replace withdrawing counsel.

4. Ms. Smith and the firm of Sessions, Israel & Shartle, LLC will represent FedChex Recovery, Inc. after the withdrawal.

5. The undersigned is authorized to represent to the Court that this withdrawal is made with the consent of FedChex Recovery, Inc.

Respectfully Submitted this 10th day of June, 2025.

        Respectfully Submitted,

        */s/ John H. Bedard, Jr.*
        John H. Bedard, Jr.
        Georgia Bar No. 043473
        Johnathan K. Aust
        Georgia Bar No. 448584

        Bedard Law Group, P.C.
        4855 River Green Parkway, Suite 310
        Duluth, GA 30096
        Telephone: 678-253-1871 ext.244
        Email: jbedard@bedardlawgroup.com
        *Withdrawing Counsel for Defendant*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA (ATLANTA)

| | |
|---|---|
| SHANTE WATSON<br><br>Plaintiff,<br><br>v.<br><br>FEDCHEX RECOVERY, LLC<br><br>Defendant. | CASE NO.: 1:25-cv-01194-SCJ |

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2025, a copy of the foregoing Notice of Withdrawal was electronically filed with the Clerk of the Court, United States District Court for the Northern District of Georgia, and served electronically on all counsel of record by operating of the court's electronic filing system.

I additionally certify that the above-referenced document has been prepared in Times New Roman (14 point) font

                                                                           */s/ John H. Bedard, Jr.*
                                                                           John H. Bedard, Jr.
                                                                           Georgia Bar No. 043473