UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA (ATLANTA)

SHANTE WATSON,

        Plaintiff,

v.

FEDCHEX RECOVERY, LLC

        Defendant.

CASE NO.: 1:25-cv-01194-SCJ

**DEFENDANT, FEDCHEX RECOVERY, LLC'S, CERTIFICATE OF SERVICE OF DISCOVERY REQUESTS ON PLAINTIFF**

Defendant, Fedchex Recovery, LLC, through undersigned counsel and pursuant to L.R. 5.4(A), hereby certifies it served its First Set of Interrogatories, Requests for Production of Documents, and Requests for Admissions on plaintiff, Shante Watson, though plaintiff's counsel of record, on June 12, 2025, via U.S. Mail with courtesy copies sent via email.

June 12, 2025

        Respectfully submitted,

        */s/ Kirsten Smith*
        Kirsten H. Smith
        Georgia Bar No. 702220
        SESSIONS, ISRAEL & SHARTLE, LLC
        3838 N. Causeway Blvd., Suite 2800
        Metairie, LA 70002
        Telephone: (504) 846-7943
        ksmith@sessions.legal
        *Attorney for Defendant,*
        *Fedchex Recovery, LLC*

## **CERTIFICATE OF SERVICE & COMPLIANCE**

I hereby certify that on June 12, 2025, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Northern District of Georgia, and served electronically on all counsel of record by operating of the court's electronic filing system.

I additionally certify that the above-referenced document has been prepared in Times New Roman (14 point) font and this satisfies the font size requirements of this Court.

*/s/ Kirsten H. Smith*
Kirsten H. Smith