UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA (ATLANTA)

| | |
|---|---|
| SHANTE WATSON<br><br>Plaintiff,<br><br>v.<br><br>FEDCHEX RECOVERY, LLC<br><br>Defendant. | CASE NO.: 1:25-cv-01194-SCJ |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Shante Watson, and defendant, Fedchex Recovery, LLC, through their respective undersigned counsel of record, hereby jointly stipulate to the voluntary dismissal of all claims in the above-captioned action without prejudice, with each parties shall bear its own costs and attorneys' fees.

Respectfully Submitted,

/s/ *Valerie Lorraine Chin*
Valerie Lorraine Chinn
Chinn Law Firm, LLC
245 N. Highland Ave
Suite 230 #7
Atlanta, GA 30307
Telephone: (404) 955-7732
Email: vchinn@chinnlawfirm.com
*Attorney for Plaintiff*

/s/ *Kirsten H. Smith*
Kirsten H. Smith (#702220)
Sessions, Israel & Shartle, LLC
3838 N. Causeway Blvd., Suite 200
Metairie, LA 70002
Telephone: (504) 846-7943
Facsimile: (504) 828-3737
Email: ksmith@sessions.legal
*Attorney for Defendant, FedChex Recovery, LLC*

/s/ *Anothony I.Paronich*

1

Anthony I. Paronich
Paronich Law Firm
350 Lincoln St.
Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
Facsimile: (508) 318-8100
Email: anthony@paronichlaw.com
*Attorney for Plaintiff*

2